**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. D. L. , et al.<br><br>                    Plaintiff(s),<br><br>        v.<br><br>COUNTY OF LOS ANGELES , et al.<br><br>                    Defendant(s). | CASE NO:<br>2:15−cv−04789−FMO−AJW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 7, 2016            /s/ *Fernando M. Olguin*
                                  Fernando M. Olguin
                                  United States District Judge